```
Joseph S. Carmellino, Esq., SBN 110284
LAW OFFICES OF JOSEPH S. CARMELLINO
Carmel Valley Centre I
11975 El Camino Real, Suite 203
San Diego, CA 92130
Telephone: (858) 622-8377


Attorney Specially Appearing for
Defendant GOLD MIRROR DI GRANDE ENT., INC.
```

RECEIVED AUG 26 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED SEP - 1 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>                 Plaintiff,<br><br>     vs.<br><br>GOLD MIRROR DI GRANDE ENT.,<br>INC. - dba GOLD MIRROR, and<br>DOES 1 through 50, inclusive,<br><br>                 Defendants. | **Case No. C 05 3002 MHP**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GOLD MIRROR DI GRANDE ENT., INC. TO ANSWER** |

The Parties to this Stipulation:

Plaintiff AMCO INSURANCE COMPANY, by and through its Attorneys John B. Hook, and Irene K. Yesowitch, LONG & LEVIT, LLP, 465 California Street, Suite 500, San Francisco, California 94104, (415) 397-2222; and

Defendant GOLD MIRROR DI GRANDE ENT., INC., by and through its Attorney Joseph S. Carmellino, 11975 El Camino Real, Suite 203, San Diego, California 92130 (858) 622-8377, specially appearing for Defendant for the limited purpose of filing this stipulation;

JOSEPH S. CARMELLINO
ATTORNEY AT LAW
11975 EL CAMINO REAL
SUITE 203
SAN DIEGO, CALIFORNIA 92130
TELEPHONE (858) 622-8377

1

AMCO v. GOLD MIRROR #C053002        Stipulation to Extend Time

**ORIGINAL**

1  Enter into the following stipulation for the purpose of
2  permitting Defendant additional time to retain counsel to
3  appear for Defendant, and to represent Defendant as trial
4  counsel before the Court in the above captioned case.
5  Defendant is making arrangements to retain Attorney Michael D.
6  Michel, MICHEL & FACKLER, 2000 Powell Street, Suite 1000,
7  Emeryville, California 94608, (510) 547-7319, and to date has
8  been unable to conclude an employment agreement with said
9  Attorneys due to Mr. Michel's current involvement as attorney
10 in a prolonged civil trial. Defendant expects to be able to
11 conclude such arrangement with Mr. Michel, and to file its
12 response to the complaint herein in an additional thirty (30)
13 days (Defendant having been personally served with summons and
14 complaint on August 3, 2005).

**WHEREFORE THE PARTIES STIPULATE AS FOLLOWS:**

Defendant GOLD MIRROR DI GRANDE ENT., INC. - dba GOLD MIRROR shall be permitted an additional thirty (30) days, i.e. until on or before September 22, 2005, to file responsive pleadings to the complaint filed herein by Plaintiff. The parties agree that good cause exists to permit such extension of time in that Defendant requires such additional time to retain the attorney of Defendant's choice.

///

Dated: August 22, 2005

Joseph S. Carmellino
Attorney for Defendant
GOLD MIRROR DI GRANDE ENT., INC.

JOSEPH S. CARMELLINO
ATTORNEY AT LAW
11975 EL CAMINO REAL
SUITE 203
SAN DIEGO, CALIFORNIA 92130
TELEPHONE (858) 822-8377

2

AMCO v. GOLD MIRROR #C053002      Stipulation to Extend Time

1
2  Dated: August 22, 2005
3                                           _____
4                                           John B. Hook
                                            Attorney for Plaintiff
5                                           AMCO INSURANCE COMPANY
6
7
8                              8/31/05       IT IS SO ORDERED
9                                            _____
10                                           U.S. DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOSEPH S. CARMELLINO
ATTORNEY AT LAW
11975 EL CAMINO REAL
SUITE 203
SAN DIEGO, CALIFORNIA 92130
TELEPHONE (858) 662-0377

3

AMCO v. GOLD MIRROR #C053002        Stipulation to Extend Time