GUY KORNBLUM &
ASSOCIATES
ATTORNEYS

**FILED**

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Defendants
GOLD MIRROR DI GRANDE ENT., INC. –
dba GOLD MIRROR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLD MIRROR DI GRANDE ENT., INC. –<br>dba GOLD MIRROR, and DOES 1 through 50,<br>inclusive,<br><br>        Defendants. | NO. C 05 3002 MHP<br><br>**STIPULATION & ORDER TO**<br>**EXTEND TIME FOR DEFENDANT**<br>**GOLD MIRROR DI GRANDE ENT.,**<br>**TO FILE AND SERVE**<br>**RESPONSIVE PLEADINGS TO**<br>**COMPLAINT** |

The Parties to this Stipulation:

Plaintiff AMCO INSURANCE COMPANY, by and through its Attorneys John B. Hook and

Irene K. Yesowitch, LONG & LEVIT, LLP, 465 California Street, Suite 500, San Francisco,

California 94104, (415) 397-2222; and

Defendant GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, by and through its

Attorneys Guy O. Kornblum and Walter G. Crump, GUY KORNBLUM & ASSOCIATES, 1388

Sutter Street, San Francisco, California 94109;

Enter into the following stipulation for purpose of permitting Defendant's Counsel, appointed by

Defendant on September 19, 2005 as its Counsel, additional time to file responsive pleadings to the

Complaint filed herein by Plaintiff. Defendant expects to file and serve its response or responses to

Plaintiff's Complaint on or before October 3, 2005. Defendant was personally served with Summons and Complaint on August 3, 2005. Defendant has been previously granted, pursuant to a Stipulation and Order, signed by the Honorable Marilyn Hall Patel on August 31, 2005, an extension of time permitting the filing of responsive pleadings on or before September 22, 2005.

**WHEREFORE THE PARTIES STIPULATE AS FOLLOWS:**

Defendant GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, shall have until on or before October 3, 2005, to file responsive pleadings to the Complaint filed herein by Plaintiff. The parties agree that good cause exists to permit such extension of time in that Defendant, by and through their newly appointed Counsel, require additional time to file and serve a responsive pleading or pleadings.

DATED: September 2℃, 2005

GUY KORNBLUM & ASSOCIATES

By _____

WALTER G. CRUMP
Attorneys for Defendant
GOLD MIRROR DI GRANDE ENT., INC.

DATED: September 2, 2005

LONG & LEVIT

By _____

JOHN B. HOOK
Attorneys for Plaintiff
AMCO INSURANCE COMPANY

## ORDER

Plaintiff AMCO INSURANCE COMPANY and Defendant GOLD MIRROR DI GRANDE ENT., INC., have stipulated by and through their respective attorneys, that Defendant shall have until on or before October 3, 2005 to file responsive pleadings to the Complaint filed herein by Plaintiff; and

GOOD CAUSE APPEARING:

IT IS ORDERED:

That Defendant GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, shall have until on or before October 3, 2005 to file responsive pleadings to the Complaint filed herein by Plaintiff.

DATED: 9/22/05

_____

JUDGE OF THE DISTRICT COURT