JOHN B. HOOK  State Bar #26743
IRENE K. YESOWITCH  State Bar #111575
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
*jhook@longlevit.com*
*iyesowitch@longlevit.com*

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY and Counter
Defendant ALLIED INSURANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GOLD MIRROR DI GRANDE ENT., INC. – dba GOLD MIRROR, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE, and GOLD MIRROR DI GRANDE ENT., INC.,<br><br>Counter Claimants,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, INC.; ALLIED INSURANCE, INC.,<br><br>Counter Defendants. | CASE No. C 05 3002 MHP<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTER DEFENDANTS AMCO INSURANCE COMPANY, INC. AND ALLIED INSURANCE, INC. TO FILE AND SERVE RESPONSIVE PLEADINGS TO COUNTER CLAIM** |

IT IS HEREBY STIPULATED by and between counter claimants GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE, and GOLD MIRROR DI GRANDE ENT., INC., by and through their attorneys, Guy O. Kornblum and Walter G. Crump, and counter defendants AMCO INSURANCE COMPANY, INC. and ALLIED INSURANCE, INC., by and through their attorneys, Long & Levit LLP, that said counter defendants will have fourteen (14)

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 05 3002 MHP                                                1                       Stipulation & Order to Extend Time for Counter Defendants
                                                                                              to File and Serve Responsive Pleadings to Counter Claim

1  days from and after October 24, 2005, the date when a response to said Counter Claim is due, to
2  file and serve their responsive pleading to the Counter Claim, so that said responsive pleading is
3  due on or before November 7, 2005.

4  Dated: October 20, 2005            GUY KORNBLUM & ASSOCIATES

6                                     By _____
7                                     WALTER G. CRUMP
                                       Attorneys for Counter Claimants
8                                      GIUSEPPA (JOSEPHINA) DI
                                       GRANDE, GIUSEPPE DI GRANDE,
9                                      and GOLD MIRROR DI GRANDE
                                       ENT., INC.

11 Dated: October 20, 2005            LONG & LEVIT LLP

13                                    By _____
14                                    JOHN B. HOOK
                                       Attorneys for Plaintiff and Counter
15                                     Defendant AMCO INSURANCE
                                       COMPANY and Counter Defendant
                                       ALLIED INSURANCE, INC.

### ORDER

Counter claimants GIUSEPPA (JOSEPHINA) DI GRANDE, et al., and counter defendants AMCO INSURANCE COMPANY, INC. and ALLIED INSURANCE, INC., having stipulated by and through their respective attorneys that said counter defendants shall have until on or before November 7, 2005, to file responsive pleadings to the Counter Claim filed herein by counter claimants.

IT IS SO ORDERED.

Dated: 10/24/2005

_____
Judge Marilyn H. Patel
JUDGE OF THE U.S. DISTRICT COURT

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104

DOCS\S5240-218\505977.V1

Case No. C 05 3002 MHP                        2         Stipulation & Order to Extend Time for Counter Defendants
                                                        to File and Serve Responsive Pleadings...