GUY KORNBLUM &
ASSOCIATES
ATTORNEYS

1

2  GUY O. KORNBLUM (39974)
   WALTER G. CRUMP (203743)
3  1388 Sutter Street, Suite 820
   San Francisco, California 94109
4  Telephone:  (415) 440-7800
   Facsimile:   (415) 440-7898
5
   Attorneys for Defendants / Counter Claimants
6  GOLD MIRROR DI GRANDE ENT., INC. –
   dba GOLD MIRROR GIUSEPPA (JOSEPHINA) DI GRANDE
7  AND GIUSEPPE DI GRANDE AND

8

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | AMCO INSURANCE COMPANY,           )    NO. C 05 3002 MHP
                                       )
15 |         Plaintiff,                )
                                       )    **STIPULATION & ORDER**
16 |    v.                             )    **REGARDING CASE SCHEDULE**
                                       )
17 | GOLD MIRROR DI GRANDE ENT., INC. – )
   | dba GOLD MIRROR; and DOES 1 through 50, )
18 | inclusive,                        )
                                       )
19 |         Defendants.               )
                                       )
20 | AND RELATED COUNTER CLAIMS        )

21

22

23

24

25

26

27

28

1  Plaintiff and Counter Defendant AMCO INSURANCE COMPANY and Counter Defendant ALLIED INSURANCE, INC., by and through their Attorneys John B. Hook and Irene K. Yesowitch, LONG & LEVIT, LLP, 465 California Street, Suite 500, San Francisco, California 94104, (415) 397-2222; and

Defendant and Counter Claimant GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, and Counter Claimants GIUSEPPA (JOSEPHINA) DI GRANDE and GIUSEPPE DI GRANDE by and through their Attorneys Guy O. Kornblum and Walter G. Crump, GUY KORNBLUM & ASSOCIATES, 1388 Sutter Street, San Francisco, California 94109;

Enter into the following stipulation to:

1. Continue the Meet and Confer Date and the time to file Joint ADR Certification with Stipulation to ADR Process (or Notice of Need for ADR Phone Conference) from October 31, 2005 to November 30, 2005;

2. Continue the Initial Disclosure date or State Objection in Rule 26(f) Report from November 14, 2005 to December 12, 2005; Continue the due date to File/Serve Case Management Statement and File/Serve Rule 26(f) Report from November 14, 2005 to December 12, 2005; and

3. Continue the Case Management Conference, currently scheduled for November 21, 2005, to December 19, 2005 at 4:00 p.m.

The parties to this action, by and through their respective counsel, enter into this stipulation in light of the fact that Counsel for Defendant and Counter-Claimants were recently engaged as counsel in this case as counsel for Defendant and Counter-Claimants. As such, there has been little time for counsel for the respective parities to meet and confer regarding ADR and other matters. The parties to this action would therefore like additional time to discuss ADR options amongst themselves and

/ / /
/ / /
/ / /
/ / /
/ / /

determine what they can or cannot accomplish informally regarding ADR prior to the various events stated on the court's scheduling order.

DATED: October 21, 2005

GUY KORNBLUM & ASSOCIATES

By _____

WALTER G. CRUMP
Attorneys for Defendant / Counter Claimants
GIUSEPPA DIGRANDE, GIUSEPPE
DIGRANDE AND GOLD MIRROR DI
GRANDE ENT., INC.

DATED: October 21, 2005

LONG & LEVIT

By _____

JOHN B. HOOK
Attorneys for Plaintiff / Counter Defendants
AMCO INSURANCE COMPANY,
ALLIED INSURANCE, INC.

### ORDER

Pursuant to the Stipulation set forth above and entered into by the parties to this action, by and through their attorneys, and GOOD CAUSE APPEARING therefor, IT IS HEREBY ORDERED as follows:

1. The parties to this action shall meet and confer and file a Joint ADR Certification with Stipulation to ADR Process (or file a Notice of Need for ADR Phone Conference) on or before

Stipulation & [Proposed] Order Re: Case Schedule, Case No. C 05 3002 MHP    Page 3

1  November 30, 2005;

2     2.   The parties to this action shall complete their respective Initial Disclosures (or state
3  their Objections in Rule 26(f) Report), File/Serve Case Management Statement and File/Serve Rule
4  26(f) Report on or before December 12, 2005; and

5     3.   The Case Management Conference, currently scheduled for November 21, 2005
6  shall now take place on December 19, 2005 at 4:00 p.m.

8  DATED: 10/24/2005



THE HONORABLE MARILYN H. PATEL
JUDGE OF THE UNITED STATES DISTRICT
COURT