1  G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
   EDWARD P. MURPHY (State Bar No. 182778)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, CA 94608
   Telephone:   (510) 740-1500
4  Facsimile:    (510) 740-1501
   E-mail: erudloff@rwblaw.com
5          emurphy@rwblaw.com

6  JOHN B. HOOK (State Bar No. 26743)
   IRENE K. YESOWITCH (State Bar No. 111575)
7  **LONG & LEVIT LLP**
   465 California Street, Suite 500
8  San Francisco, CA 94104
   Telephone:   (415) 397-2222
9  Facsimile:    (415) 397-6392
   Emial: jhook@longlevit.com
10         iyesowitch@longlevit.com

11 Attorneys for Plaintiff and Counter Defendant
   AMCO INSURANCE COMPANY

FILED
NOV - 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, | No. C 05 3002 MHP |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| vs. | |
| GOLD MIRROR DI GRANDE ENT., INC. - dba GOLD MIRROR; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS          / | |

-1-
STIPULATION AND ORDER REGARDING CASE SCHEDULE

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Defendant GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, and Counter Claimants GIUSEPPA (JOSEPHINA) DI GRANDE and GIUSEPPE DI GRANDE (collectively "DI GRANDE") by and through their attorneys of record, Guy Kornblum & Associates, and Plaintiff and Counter Defendant AMCO INSURANCE COMPANY ("AMCO") by and through their attorneys of record, Long & Levit, LLP and Rudloff Wood and Barrows LLP, hereby stipulate:

 WHEREAS, Rudloff Wood & Barrows LLP was recently retained by Plaintiff and Counter Defendant AMCO to respond to the counter claims of Defendant and Counter Claimants DI GRANDE;

 WHEREAS counsel for AMCO and DI GRANDE met on November 4, 2005 to address issues related to the complaint and counter claims and to potential resolution of this matter;

 WHEREAS based on this meeting counsel for DI GRANDE agreed to file amended counter claims, which would preclude AMCO from otherwise filing Federal Rules of Civil Procedure ("FRCP") Rule 12 motions;

 WHEREAS the parties also agreed to meet on November 29, 2005 with the intent of attempting to reach a resolution on the complaint and counter claims; and

 WHEREAS the parties agree that continuing the following dates will save judicial time and resources by allowing the parties to amend the pleadings and to potentially resolve this matter before a Case Management Conference is required;

 THEREFORE, the parties stipulate as follows:

1. DI GRANDE has until November 21, 2005 to file any amended counter claims;

2. AMCO has until December 5, 2005 to respond to the counter claims or to any amended counter claims;

3. The parties have until December 19, 2005 to Meet and Confer and to file a Joint ADR Certification with Stipulation to ADR Process (or Notice of Need for ADR Phone Conference);

///

4.   The parties have until December 19, 2005 to complete the Initial Disclosure or State Objections under FRCP Rule 26 (f) and to file/serve Case Management Statement and FRCP Rule 26(f) Report; and

5.   The parties agree to continue the Case Management Conference from December 19, 2005 to January 9, 2006 at 4:00 p.m

IT IS SO STIPULATED:

DATED: November ___, 2005                **GUY KORNBLUM & ASSOCIATES**

By: *Guy O. Kornblum* (Digitally signed by Guy O. Kornblum, Date: 2005.11.07 11:08:14 -08'00')
_____
Guy O. Kornblum

Attorneys for Defendant and Counter Claimants
GOLD MIRROR DI GRANDE ENT., INC.,- dba
GOLD MIRROR and GIUSEPPA (JOSEPHINA)
DI GRANDE and GIUSEPPE DI GRANDE

DATED: November ___, 2005                **LONG & LEVIT, LLP**

By: _____
     John B. Hook

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY

DATED: November ___, 2005                **RUDLOFF WOOD & BARROWS LLP**

By: _____
     G. Edward Rudloff, Jr.

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY

1  4.   The parties have until December 19, 2005 to complete the Initial Disclosure or
2  State Objections under FRCP Rule 26 (f) and to file/serve Case Management Statement and FRCP
3  Rule 26(f) Report; and
4  5.   The parties agree to continue the Case Management Conference from December
5  19, 2005 to January 9, 2006 at 4:00 p.m
6  IT IS SO STIPULATED:

DATED: November __, 2005         **GUY KORNBLUM & ASSOCIATES**

By: _____
    Guy O. Kornblum

Attorneys for Defendant and Counter Claimants
GOLD MIRROR DI GRANDE ENT., INC.,- dba
GOLD MIRROR and GIUSEPPA (JOSEPHINA)
DI GRANDE and GIUSEPPE DI GRANDE

DATED: November 7, 2005          **LONG & LEVIT, LLP**

By: _____
    John B. Hook

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY

DATED: November __, 2005         **RUDLOFF WOOD & BARROWS LLP**

By: _____
    G. Edward Rudloff, Jr.

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY

4. The parties have until December 19, 2005 to complete the Initial Disclosure or State Objections under FRCP Rule 26 (f) and to file/serve Case Management Statement and FRCP Rule 26(f) Report; and

5. The parties agree to continue the Case Management Conference from December 19, 2005 to January 9, 2006 at 4:00 p.m

IT IS SO STIPULATED:

DATED: November ___, 2005           **GUY KORNBLUM & ASSOCIATES**

By: _____
    Guy O. Kornblum

Attorneys for Defendant and Counter Claimants
GOLD MIRROR DI GRANDE ENT., INC.,- dba
GOLD MIRROR and GIUSEPPA (JOSEPHINA)
DI GRANDE and GIUSEPPE DI GRANDE

DATED: November ___, 2005           **LONG & LEVIT, LLP**

By: _____
    John B. Hook

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY

DATED: November 7, 2005             **RUDLOFF WOOD & BARROWS LLP**

By: _____
    G. Edward Rudloff, Jr.

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY

-3-
STIPULATION AND ORDER REGARDING CASE SCHEDULE

## ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING that:

1. DI GRANDE has until November 21, 2005 to file amended counter claims;

2. AMCO has until December 5, 2005 to respond to the counter claims or to any amended counter claims;

3. The parties have until December 19, 2005 to Meet and Confer and to file Joint ADR Certification with Stipulation to ADR Process (or Notice of Need for ADR Phone Conference);

4. The parties have until December 19, 2005 to complete the Initial Disclosure or State Objections under FRCP Rule 26 (f) and to file/serve Case Management Statement and FRCP Rule 26(f) Report; and

5. The Case Management Conference currently scheduled for December 19, 2005 shall now take place on January 9, 2006 at 4:00 p.m

DATED: 11/7/05

The Honorable Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\Allied\Gold Mirror Restaurant.042\Pleadings\Stip&Order.Case.Schedule.doc

-4-
STIPULATION AND ORDER REGARDING CASE SCHEDULE