Guy Kornblum &
Associates
ATTORNEYS

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
MUKESH ADVANI (117974)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE
AND GIUSEPPE DI GRANDE AND
GOLD MIRROR DI GRANDE ENT., INC.

**FILED**

DEC 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPA (JOSEPHINA) DI GRANDE; GIUSEPPE DI GRANDE; AND GOLD MIRROR DI GRANDE ENT., INC.,<br><br>Counter-Claimants,<br><br>v.<br><br>AMCO INSURANCE COMPANY, INC.,<br><br>Counter-Defendant. | Case No. C 05 3002 MHP<br><br>**STIPULATION AND ORDER PERMITTING COUNTER-CLAIMANTS TO FILE SECOND AMENDED COUNTERCLAIM (F.R.C.P. 15)** |

Counter-Defendant AMCO INSURANCE COMPANY, by and through its Attorney John B. Hook, LONG & LEVIT, LLP, 465 California Street, Suite 500, San Francisco, California 94104, (415) 397-2222, and Attorney G. Edward Rudloff, Jr., RUDLOFF WOOD & BARROWS, LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608, (510) 740-1500; and Counter-Claimants GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, by and through their Attorney Guy O. Kornblum, GUY KORNBLUM & ASSOCIATES, 1388 Sutter Street, San Francisco, California 94109, hereby enter into the following Stipulation for the purpose of allowing Counter-Claimants to file a Second Amended Counterclaim:

///

///

12/15/05  12:51 FAX 5107401501      RUDLOFF WOOD & BARROWS                    ☒003
Dec-14-2005  05:17pm  From-GUY KORNBLUM & ASSOCIATES     4154407898    T-433  P.003/004  F-030

## STIPULATION

1. Counter-Claimants may file a Second Amended Counterclaim without the necessity of filing a Motion for Leave to file such;

2. Counter-Defendant's Answer to Counter-Claimants' First Amended Counterclaim is deemed the Answer to this Second Amended Counterclaim; and

3. Counter-Defendant reserves the right to file a Motion for Judgment on the Pleadings, and/or a Motion to Dismiss, and does not waive such right by entering into this Stipulation.

DATED: December 14, 2005.

GUY KORNBLUM & ASSOCIATES

By: _____
GUY O. KORNBLUM
Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE;
GIUSEPPE DI GRANDE; AND
GOLD MIRROR DI GRANDE ENT., INC.

DATED: December 15, 2005.

RUDLOFF WOOD & BARROWS, LLP

LONG & LEVIT, LLP

By: _____
G. EDWARD RUDLOFF
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

S:\CASES AND CASE MANAGEMENT\ACTIVE CASES\AMCO v. Gold Mirror\Pleadings\Stipulations\Stip_SACC.wpd
Stipulation and Order Permitting Counter Claimants to file Second Amended Counterclaim                Page 2

## ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING that:

1. Counter-Claimants may file a Second Amended Counterclaim without the necessity of filing a Motion for Leave to file such;

2. Counter-Defendant's Answer to Counter-Claimants' First Amended Counterclaim is deemed the Answer to this Second Amended Counterclaim; and

3. Counter-Defendant reserves the right to file a Motion for Judgment on the Pleadings, and/or a Motion to Dismiss, and does not waive such right by entering into this Stipulation.

DATED: December 20, 2005.

THE HONORABLE MARILYN HALL-PATEL
JUDGE OF THE UNITED STATES DISTRICT COURT