JOHN B. HOOK  State Bar #26743
IRENE K. YESOWITCH  State Bar #111575
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
jhook@longlevit.com
iyesowitch@longlevit.com

G. EDWARD RUDLOFF, JR.  State Bar #56058
EDWARD P. MURPHY  State Bar #182778
RUDLOFF, WOOD & BARROWS LLP
2000 Powell Street, Suite 900
Emeryville, CA 94608
TEL: (510) 740-1500   FAX: (510) 740-1501
erudloff@rwblaw.com
emurphy@rwblaw.com

Attorneys for Plaintiff and Counter Defendant
AMCO INSURANCE COMPANY and Counter
Defendant ALLIED INSURANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GOLD MIRROR DI GRANDE ENT., INC. – dba GOLD MIRROR, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE No. C 05 3002 MHP<br><br>STIPULATION AND ORDER DISMISSING COUNTER DEFENDANT ALLIED INSURANCE, INC. WITHOUT PREJUDICE |
| GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE, and GOLD MIRROR DI GRANDE ENT., INC.,<br><br>Counter Claimants,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, INC.; ALLIED INSURANCE, INC.,<br><br>Counter Defendants. | |

Case No. C 05 3002 MHP    1    Stipulation & Order Dismissing Counter Defendant Allied Insurance, Inc. Without Prejudice

1  Counter Defendants AMCO INSURANCE COMPANY and ALLIED INSURANCE,
2  INC., by and through their attorneys John B. Hook and Irene K. Yesowitch, Long & Levit LLP,
3  and G. Edward Rudloff, Jr. and Edward P. Murphy, Rudloff Wood & Barrows LLP; and Counter
4  Claimants GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, by and through its
5  attorneys Guy O. Kornblum and Walter G. Crump, GUY KORNBLUM & ASSOCIATES,
6  hereby enter into the following stipulation for the purpose of dismissing Counter Defendant
7  ALLIED INSURANCE, INC. (hereafter "ALLIED") without prejudice.

## PREAMBLE

It has been represented to Counsel for Counter Claimants by Counsel for Counter Defendants as follows:

1. That "ALLIED INSURANCE" is a trade name used for certain subsidiaries of Nationwide Insurance Company ("Nationwide"), including AMCO INSURANCE COMPANY (hereafter "AMCO");

2. That ALLIED INSURANCE COMPANY is not a formal business entity affiliated with Nationwide;

3. That Allied Property & Casulaty Co. is an insurance company affiliated with Nationwide; and

4. That Allied Property & Casualty Co. has never issued an insurance policy to Counter Claimant, nor handled or been involved in the processing of the claim that is the subject of this action.

## STIPULATION

Based on these representations, Counsel enters into the following stipulation:

1. Counter Defendant ALLIED is hereby dismissed from this action without prejudice;

2. Should Counter Claimant wish to rejoin ALLIED and Allied Property & Casualty Insurance Company as a party hereto if it determines that any of the representations set forth herein are not true, neither ALLIED, Allied Property & Casualty Insurance Company, nor AMCO

Case No. C 05 3002 MHP     2     Stipulation & Order Dismissing Counter Defendant Allied Insurance, Inc. Without Prejudice

will oppose a motion to rejoin these Counter Defendants in this action or assert the statute of limitations as a defense.

Dated: December 7, 2005

GUY KORNBLUM & ASSOCIATES

By _____
GUY O. KORNBLUM
WALTER G. CRUMP
Attorneys for Counter Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE, and GOLD MIRROR DI GRANDE ENT., INC.

Dated: November 30, 2005

LONG & LEVIT LLP

By _____
JOHN B. HOOK
IRENE K. YESOWITCH
Attorneys for Plaintiff and Counter Defendant AMCO INSURANCE COMPANY and Counter Defendant ALLIED INSURANCE, INC.

Dated: December 9, 2005

RUDLOFF WOOD & BARROWS

By _____
G. EDWARD RUDLOFF, JR.
EDWARD P. MURPHY
Attorneys for Plaintiff and Counter Defendant AMCO INSURANCE COMPANY and Counter Defendant ALLIED INSURANCE, INC.

////
////
////
////

Case No. C 05 3002 MHP

3

Stipulation & Order Dismissing Counter Defendant Allied Insurance, Inc. Without Prejudice

## ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and good cause appearing that:

1. Counter Defendant ALLIED is hereby dismissed from this action without prejudice;

2. Should Counter Claimant wish to rejoin ALLIED and Allied Property & Casualty Insurance Company as a party hereto if it determines that any of the representations set forth herein are not true, neither ALLIED, Allied Property & Casualty Insurance Company, nor AMCO will oppose a motion to rejoin these Counter Defendants in this action or assert the statute of limitations as a defense.

Dated: January 3, 2006, ~~2005~~

THE HONORABLE MARILYN H. PATEL
JUDGE OF THE UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Marilyn H. Patel]*

DOCS\S5240-218\507796.V1

Case No. C 05 3002 MHP — 4 — Stipulation & Order Dismissing Counter Defendant Allied Insurance, Inc. Without Prejudice