GUY KORNBLUM &
ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
MARIA MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE
AND GIUSEPPE DI GRANDE AND
GOLD MIRROR DI GRANDE ENT., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPA (JOSEPHINA) DI GRANDE; GIUSEPPE DI GRANDE; AND GOLD MIRROR DI GRANDE ENT., INC. <br><br> Counter-Claimants, <br><br> v. <br><br> AMCO INSURANCE COMPANY, INC., <br><br> Counter-Defendant. | Case No. C 05 3002 MHP <br><br> **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

Counter-Defendant AMCO INSURANCE COMPANY, by and through its Attorney John B. Hook, LONG & LEVIT, LLP, 465 California Street, Suite 500, San Francisco, California 94104, (415) 397-2222, and Attorney G. Edward Rudloff, Jr., RUDLOFF WOOD & BARROWS, LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608, (510) 740-1500; and Counter-Claimants GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE and GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, by and through their Attorney Guy O. Kornblum, GUY KORNBLUM & ASSOCIATES, 1388 Sutter Street, San Francisco, California 94109, hereby enter into the following Stipulation:

///

///

## STIPULATION

The Case Management Conference and Counter-Claimants' Motion to Dismiss/Stay Proceedings, currently scheduled for February 6, 2006, shall be continued until March 6, 2006 at 2:00 p.m.

The parties to this action, by and through their respective counsel, enter into this stipulation in light of the fact that on February 6, 2006, counsel for Counter-Claimants will be out-of-state conducting depositions, which were scheduled prior to this court's rescheduling of these dates.

DATED: January 19, 2006.

GUY KORNBLUM & ASSOCIATES

By: _/s/ Maria Manning_
MARIA MANNING
Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE;
GIUSEPPE DI GRANDE; AND
GOLD MIRROR DI GRANDE ENT., INC.

DATED: January__, 2006.

LONG & LEVIT, LLP

By:_____
JOHN B. HOOK
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

DATED: January__, 2006.

RUDLOFF WOOD & BARROWS, LLP

By:_____
EDWARD G. RUDLOFF
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

## STIPULATION

The Case Management Conference and Counter-Claimants' Motion to Dismiss/Stay Proceedings, currently scheduled for February 6, 2006, shall be continued until March 6, 2006 at 2:00 p.m.

The parties to this action, by and through their respective counsel, enter into this stipulation in light of the fact that on February 6, 2006, counsel for Counter-Claimants will be out-of-state conducting depositions, which were scheduled prior to this court's rescheduling of these dates.

DATED: January 19, 2006.

GUY KORNBLUM & ASSOCIATES

By: _____
MARIA MANNING
Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE;
GIUSEPPE DI GRANDE; AND
GOLD MIRROR DI GRANDE ENT., INC.

DATED: January 23, 2006.

LONG & LEVIT, LLP

By: _____
JOHN B. HOOK
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

DATED: January ___, 2006.

RUDLOFF WOOD & BARROWS, LLP

By: _____
EDWARD G. RUDLOFF
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

## STIPULATION

The Case Management Conference and Counter-Claimants' Motion to Dismiss/Stay Proceedings, currently scheduled for February 6, 2006, shall be continued until March 6, 2006 at 2:00 p.m.

The parties to this action, by and through their respective counsel, enter into this stipulation in light of the fact that on February 6, 2006, counsel for Counter-Claimants will be out-of-state conducting depositions, which were scheduled prior to this court's rescheduling of these dates.

DATED: January 19, 2006.

GUY KORNBLUM & ASSOCIATES

By: _____
MARIA MANNING
Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE;
GIUSEPPE DI GRANDE; AND
GOLD MIRROR DI GRANDE ENT., INC.

DATED: January___, 2006.

LONG & LEVIT, LLP

By: _____
JOHN B. HOOK
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

DATED: January 22, 2006.

RUDLOFF WOOD & BARROWS, LLP

By: _____
EDWARD G. RUDLOFF
Attorneys for Counter-Defendant
AMCO INSURANCE COMPANY

## ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING that:

The Case Management Conference and Counter-Claimants' Motion to Dismiss/Stay Proceedings, currently scheduled for February 6, 2006, shall be continued until March 6, 2006 at 2:00 p.m.

DATED: January 24, 2006.



THE HONORABLE MARILYN H. PATEL
JUDGE OF THE UNITED STATES DISTRICT COURT