

GUY KORNBLUM &
ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
MARIA MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Counter-Claimants
GIUSEPPA (JOSEPHINA) DI GRANDE
AND GIUSEPPE DI GRANDE AND
GOLD MIRROR DI GRANDE ENT., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPA (JOSEPHINA) DI GRANDE; GIUSEPPE DI GRANDE; AND GOLD MIRROR DI GRANDE ENT., INC.,<br><br>Counter-Claimants,<br><br>v.<br><br>AMCO INSURANCE COMPANY, INC.,<br><br>Counter-Defendant. | Case No. C 05 3002 MHP<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counter-Defendant AMCO INSURANCE COMPANY, by and through its Attorney John B. Hook, LONG & LEVIT, LLP, 465 California Street, Suite 500, San Francisco, California 94104, (415) 397-2222, and Attorney G. Edward Rudloff, Jr., RUDLOFF WOOD & BARROWS, LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608, (510) 740-1500; and Counter-Claimants GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE and GOLD MIRROR DI GRANDE ENT., INC., dba GOLD MIRROR, by and through their Attorney Guy O. Kornblum, GUY KORNBLUM & ASSOCIATES, 1388 Sutter Street, San Francisco, California 94109, hereby submit the attached Stipulation and Order to clarify that the parties intend to participate in private mediation with ADR Services Inc. before the Honorable Alfred G. Chiantelli. Counsel for counter claimants previously filed a Stipulation and Order on December 20, 2005 selecting this Court's Mediation

program, which was in error. This Stipulation and Order is submitted to ensure that this matter is removed from this Court's mediation program and will instead by mediated by ADR Services Inc.

DATED: January 24, 2006.

By: /s/ Maria Manning
MARIA MANNING
Attorneys for Counter Claimants
GIUSEPPA DI GRANDE, GIUSEPPE DI GRANDE and GOLD MIRROR DI GRANDE ENT., INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMCO INSURANCE COMPANY

Plaintiff,

v.

GOLD MIRROR DI GRANDE ENT., INC.-
dba GOLD MIRROR, et al.

Defendant.

No. C05 3002 MHP

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration        ☐ ENE        ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

Mediation: ADR Services, Inc. (Hon. Alfred G. Chiantelli)

Dated: 1-23, 2006          /s/ John B. Hook
                           Attorney for Plaintiff

Dated: January 23, 2006    /s/
                           Attorney for Defendant  GUY O. KORNBLUM, ESQ.

IT IS SO ORDERED:

Dated: January 25, 2006

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION