JOHN B. HOOK State Bar #26743
IRENE K. YESOWITCH State Bar #111575
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222 FAX: (415) 397-6392
*jhook@longlevit.com*
*iyesowitch@longlevit.com*

G. EDWARD RUDLOFF, JR. State Bar #56058
EDWARD P. MURPHY State Bar #182778
RUDLOFF, WOOD & BARROWS LLP
2000 Powell Street, Suite 900
Emeryville, CA 94608
TEL: (510) 740-1500 FAX: (510) 740-1501
*erudloff@rwblaw.com*
*emurphy@rwblaw.com*

Attorneys for Plaintiff and Counter Defendant and Third Party Complainant AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

AMCO INSURANCE COMPANY,

Plaintiff,

vs.

GOLD MIRROR DI GRANDE ENT., INC. – dba GOLD MIRROR, et al.

Defendants.

GIUSEPPA (JOSEPHINA) DI GRANDE, GIUSEPPE DI GRANDE, and GOLD MIRROR DI GRANDE ENT., INC.,

Counter Claimants,

vs.

AMCO INSURANCE COMPANY, INC.; ALLIED INSURANCE, INC.,

Counter Defendants.

CASE No. C 05 3002 MHP

**~~[Proposed]~~ ORDER DISMISSING ACTION IN ITS ENTIRETY**

////
////
////

AMCO INSURANCE COMPANY,

Counter Defendant and Third Party Complainant,

vs.

TRUCKLEASE CORPORATION dba AMI LEASING CORPORATION; THE NEWS GROUP, DEVIERE ROBINSON, an individual, and DOES 51 through 75,

Third Party Defendants.

Pursuant to the ORDER TO SHOW CAUSE and the agreement of the parties to dismiss the action in its entirety, the Court hereby orders the entire action dismissed with each party to bear its own costs. The Case Management Conference and counter claimants' Motion to Dismiss/Stay the Third Party Complaint, scheduled for hearing on March 6, 2006, are hereby canceled.

Dated: March 3, 2006

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

DOCS\S5240-218\512002.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Fifth Floor, San Francisco, CA 94104.

On March 1, 2006, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *AMCO Insurance Company v. Gold Mirror DiGrande Ent., Inc. – dba Gold Mirror, et al.,* U.S. District Court, Northern Dist. of California, Case No. C-05-3002 MHP.

**[Proposed] ORDER DISMISSING ACTION IN ITS ENTIRETY**

SERVED UPON:

***Attorneys for Third Party Defendants The News Group and Deviere Robinson***
Richard W. Freeman, Jr.
Amy L. Foscalina
Wood, Smith, Henning & Berman LLP
1001 Galaxy Way, Suite 308
Concord, CA 94520-5735
Tel: (925) 295-1141
Fax: (925) 295-1145

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☐ (BY OVERNIGHT MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing via overnight delivery. I caused such document(s) to be placed in a sealed envelope designated by the overnight service carrier, addressed to the person(s) on whom it is to be served pursuant to the attached service list, and deposited said envelope in a box or other facility regularly maintained by the overnight service carrier with delivery fees paid or provided for.

☐ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 1, 2006, at San Francisco, California.

Thomas R. Kershaw

DOCS\S5240-218\512023.V1